```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RELIABLE AUTOMATIC SPRINKLER CO. INC.,

                           Plaintiff,          1:20-cv-02369-GHW

         -against-                      ORDER

SUNBELT GROUP L.P.,

                        Defendant.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     This action was removed from the Supreme Court of the State of New York, County of New York, on March 17, 2020. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed within the time frame set forth in Fed. R. Civ. P. 38(b). Additionally, Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

     SO ORDERED.

Dated: March 19, 2020

                                                                 GREGORY H. WOODS
                                                      United States District Judge